UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS BERNARD TRIPLETT,

    Plaintiff,

-vs-

Case No. 07-14861
Hon: AVERN COHN

STATE FARM MUTUAL AUTOMOTIVE
INSURANCE COMPANY, a foreign
corporation,

    Defendant.
_____/

## ORDER

Defendant has filed a motion styled

> Defendant's Motion For Rehearing And/Or Reconsideration Regarding Plaintiff's Objection And Motion To Strike Discovery Only Depositions Of Dr. Paul Dougherty, Dr. Gerald Shiener, M.D. And Renee LaPorte

Plaintiff, in Plaintiff's Answers To Expert Interrogatories dated June 16, 2008, has listed Renee K. LaPorte, R.N. and Gerald A. Shiener, M.D. as expert witnesses. Accordingly, each are subject to the limitations and obligations imposed on expert witnesses under the Federal Rules of Civil Procedure, including particularly Fed.R.Civ.P. 26(b)(4). If defendant deposes either LaPorte or Shiener, plaintiff in cross-examination is limited to the subject matter of the examination by defendant, and may not use the deposition in lieu of calling LaPorte or Shiener as a witness at trial or taking a deposition *de bene esse* if either is unavailable for trial.

1

This order disposes of the motion for rehearing referenced above.

SO ORDERED.

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: November 19, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 19, 2008, by electronic and/or ordinary mail.

       s/Julie Owens
       Case Manager, (313) 234-5160