UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARCUS BERNARD TRIPLETT,

      Plaintiff,

                                        Case No. 07-14861

-vs-                                    HON. AVERN COHN

STATE FARM FIRE MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PAYMENT OF EXPERT WITNESS FEE

This is an action in contract.  The jurisdiction of the Court is based on diversity.

Plaintiff has filed a motion to compel payment of an expert witness fee for the deposition

of Renee LaPorte, Ph.D., R.N., C.C.M., C.B.I.S.

For the reasons stated on the record at a hearing on January 20, 2009, the

motion is denied and discovery shall move forward without prejudice to plaintiff's right to

insist defendant pay the expert witness fee.  In the interim, plaintiff's attorney may

advance the fee.  The Court cautions defendant of possible sanctions should the Court

find the refusal to pay unreasonable.

      SO ORDERED.


Dated:  January 21, 2009              _s/Avern Cohn_____
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

**07-14861 Triplett v. State Farm Mutual Automobile Insurance Co.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 21, 2009, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160