UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS BERNARD TRIPLETT,

    Plaintiff,

-vs-

                                                                            Case No. 07-14861
                                                                             HON. AVERN COHN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CORP.,

    Defendant.

_____/

## ORDER REGARDING MOTION FOR SUMMARY JUDGMENT

This is a claim on an insurance policy. Defendant has filed a motion for summary judgment. The motion papers do not include a Statement of Material Facts Not in Dispute. See the Court's Motion Practice Guidelines, which are attached to the December 19, 2007, Pretrial and Scheduling Order the Court (Dkt. 3), and particularly Requirement I(a)(3). Defendant shall have ten (10) days in which to file the Statement. Plaintiff shall have ten (10) days to respond. The motion hearing is re-scheduled to **Wednesday, March 18, 2009 at 2:00 p.m.**

    SO ORDERED.

Dated: January 27, 2009                    s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

**07-14861 Triplett v. State Farm Mutual Automobile Insurance Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 27, 2009, by electronic and/or ordinary mail.

      S/Julie Owens
      Case Manager, (313) 234-5160