UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS BERNARD TRIPLETT,

    Plaintiff,

                                                         Case No. 07-14861

-vs-                                                    HON. AVERN COHN

STATE FARM MUTUAL AUTOMOBILE INSURANCE
CORP.,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant has filed a motion for summary judgment. Plaintiff has filed its witness list and exhibit list. The Court held a hearing on March 18, 2009.

For reasons stated on the record, defendant's motion is DENIED.

No person listed as a witness may be called for trial whose deposition has not been taken by Friday, April 17, 2009.

SO ORDERED.


Dated:  March 19, 2009        s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 19, 2009, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                  Case Manager, (313) 234-5160