UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS BERNARD TRIPLETT,

    Plaintiff,

                                                        Case No. 07-14861

-vs-                                                         HON. AVERN COHN

STATE FARM FIRE MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER MOOTING DEFENDANT'S MOTION TO COMPEL NEUROPSYCHOLOGICAL INDEPENDENT EXAMINATION

      This is an action for attendant care benefits under Michigan's No-Fault Act. Defendant has filed a motion to compel a neuropsychological independent examination of plaintiff in anticipation of trial. Plaintiff has responded. For reasons stated on the record in a telephone conference with both parties on March 20, 2009, the motion is moot.

      SO ORDERED.

Dated: March 20, 2009                s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 20, 2009, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                        Case Manager, (313) 234-5160